Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
F I L E D

DEC 05 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER: G-18-22-22 |
| VICTOR HUGO GOMEZ | § | |

## GOVERNMENT'S MOTION FOR ISSUANCE OF ARREST WARRANT

COMES NOW the United States of America through Ryan K. Patrick, United States Attorney in and for the Southern District of Texas, and respectfully requests the Honorable Court to issue a warrant for the arrest of VICTOR HUGO GOMEZ, pursuant to an Indictment filed on November 28, 2018. The Government moves for the defendant's detention without bond.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
KENNETH A. CUSICK
Assistant United States Attorney