United States District Court
Southern District of Texas
**ENTERED**
December 05, 2018
David J. Bradley, Clerk

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER: G-18-22-22 |
| VICTOR HUGO GOMEZ | § § | |

## ORDER FOR ISSUANCE OF ARREST WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an Indictment has been filed against the defendant listed below, it is hereby ORDERED that a warrant be issued for the arrest of said defendant.

Defendant

VICTOR HUGO GOMEZ

SIGNED this 5th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE