UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal Case 3:18−cr−00022 |
| Victor Hugo Gomez, et al. | § § | |

# Notice of Reassignment

Pursuant to General Order 2019−08, this case is reassigned to the docket of United States District Judge Jeffrey V Brown. Deadlines in scheduling orders remain in effect

Until Judge Jeffrey V. Brown issues formal rules, please follow Magistrate Judge Andrew Edison's court procedures which can be found at www.txs.uscourts.gov.

Date: October 3, 2019

David J. Bradley, Clerk